RECEIVED
JUN - 7 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RANDY TRACY SHAW, Plaintiff | CIVIL ACTION NO. 1:16-CV-1777-P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| CORRECTIONAL OFFICER BRELAN, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objection filed by Plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Shaw's Bivens complaint be and is hereby **DENIED** and **DISMISSED** with prejudice under § 1915(e)(2)(b) and § 1915A.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 7th day of June, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE